1  ANTHONY J. DECRISTOFORO SBN 166171
   anthony.decristoforo@ogletree.com
2  PAUL M. SMITH SBN 306644
   paul.smith@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Esquire Plaza
   1215 K Street 17th Floor
5  Sacramento, CA  95814
   Telephone:    916.840.3150
6  Facsimile:    916.840.3159

7  Attorneys for Defendant DR PEPPER
   SNAPPLE GROUP, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUS POWE | Case No. 2:18-CV-01683-WBS-CKD |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| DR PEPPER SNAPPLE GROUP, INC., and DOES 1-20 | State Court Complaint:  April 2, 2018<br>Trial Date:  None Set<br>Judge:  Hon. William B. Shubb |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 144(a), the parties, Plaintiff, Marqus Powe, and Defendant, Dr |
| 2 | Pepper Snapple Group, Inc., by and through their respective counsel of record, hereby stipulate to |
| 3 | extend the time for Defendant to respond to Plaintiff's civil complaint. The parties state as follows: |
| 4 | 1. On or about April 2, 2018, Plaintiff filed a Complaint in the Sacramento County |
| 5 | Superior Court alleging one causes of action against Defendant for Discrimination Based on |
| 6 | Conviction History. (See ECF Dkt. No. 1-2.) |
| 7 | 2. Defendant removed Plaintiff's Complaint to the United States District Court for the |
| 8 | Eastern District of California on June 8, 2018. (ECF Dkt. No. 1.) |
| 9 | 3. The parties are now engaged in discussions regarding a possible stipulation that |
| 10 | would stay this matter pending resolution of binding arbitration in accordance with an Arbitration |
| 11 | Agreement Defendant contends Plaintiff signed as part of the application for employment process. |
| 12 | 4. Plaintiff does not waive the right to challenge or concede the effectiveness of the |
| 13 | Arbitration Agreement by signing this Stipulation to Extend Time. |
| 14 | 5. Pending the result of their discussion regarding the Arbitration Agreement, the |
| 15 | parties have conferred and agreed to extend the time for Defendant to answer or otherwise respond |
| 16 | to Plaintiff's complaint by twenty one (21) days, from the current deadline of June 15, 2018 to July |
| 17 | 6, 2018. |
| 18 | 6. No prior extensions of time have been requested or granted, and court approval is |
| 19 | not required pursuant to Civil Local Rule 144(a) ("Unless the filing date has been set by order of |
| 20 | the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond |
| 21 | to a complaint… may be filed without approval of the Court if the stipulation is signed on behalf of |
| 22 | all parties who have appeared in the action and are affected by the stipulation.") |
| 23 | 7. Accordingly, the parties stipulate to extend the deadline for Defendant to answer or |
| 24 | otherwise respond to Plaintiff's Complaint to July 6, 2018. |
| 25 | |
| 26 | **IT IS SO STIPULATED**. |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: June 14, 2018 | LAW OFFICES OF BOWMAN & ASSOCIATES |
| 2 | | |
| 3 | | By: /s/ *Robert C. Bowman* |
| 4 | | Robert C. Bowman<br>Attorney for Plaintiff MARQUS POWE |
| 9 | DATED: June 14, 2018 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 11 | | By: /s/ *Paul M. Smith* |
| 12 | | Anthony J. DeCristoforo<br>Paul M. Smith<br>Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC. |

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

| | | |
|---|---|---|
| 20 | DATED: June 14, 2018 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 22 | | By: /s/ *Paul M. Smith* |
| 23 | | Anthony J. DeCristoforo<br>Paul M. Smith<br>Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC. |

**ORDER**

Pursuant to the stipulation of the parties under Civil Local Rule 144(a), IT IS SO ORDERED THAT Defendant shall have until July 6, 2018 to file its responsive pleading to Plaintiff's Complaint.

Dated: June 15, 2018

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

34478676.1