ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUS POWE<br><br>        Plaintiff,<br><br>  v.<br><br>DR PEPPER SNAPPLE GROUP, INC., and DOES 1-20<br><br>        Defendant. | Case No. 2:18-CV-01683-WBS-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>State Court Complaint: April 2, 2018<br>Trial Date: None Set<br>Judge: Hon. William B. Shubb |

Pursuant to Civil Local Rule 144(a), the parties, Plaintiff, Marqus Powe, and Defendant, Dr Pepper Snapple Group, Inc., by and through their respective counsel of record, hereby stipulate to extend the time for Defendant to respond to Plaintiff's civil complaint. The parties state as follows:

    1.    On or about April 2, 2018, Plaintiff filed a Complaint in the Sacramento County Superior Court alleging one causes of action against Defendant for Discrimination Based on Conviction History. (See ECF Dkt. No. 1-2.)

    2.    Defendant removed Plaintiff's Complaint to the United States District Court for the Eastern District of California on June 8, 2018. (ECF Dkt. No. 1.)

////

3. The parties remain engaged in discussions regarding a stipulation to stay the proceedings and submit the matter to binding arbitration in accordance with an Arbitration Agreement Defendant contends Plaintiff signed as part of the application for employment process.

4. Plaintiff does not waive the right to challenge or concede the effectiveness of the Arbitration Agreement by signing this Stipulation to Extend Time.

5. Pending the result of their discussion regarding the Arbitration Agreement, the parties have conferred and agreed to extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint by seven (7) days, from the current deadline of July 6, 2018 to July 13, 2018.

6. Pursuant to Civil Local Rule 144(a), the parties disclose that they previously executed and this Court granted a twenty-one (21) day extension of time to respond to Plaintiff's Complaint pending the parties' meet and confer efforts over the arbitration agreement. Good cause exists to grant this stipulation because the parties remain involved in active discussions regarding whether to send this matter to arbitration, which the parties expect to resolve by July 13, 2018.

7. Accordingly, the parties stipulate to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint to July 13, 2018.

////

////

////

////

////

////

////

////

////

////

////

////

**IT IS SO STIPULATED**.

DATED: July 6, 2018  LAW OFFICES OF BOWMAN & ASSOCIATES

By: /s/ *Robert C. Bowman*
   Robert C. Bowman
   Attorney for Plaintiff MARQUS POWE

DATED: July 6, 2018  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Paul M. Smith*
   Anthony J. DeCristoforo
   Paul M. Smith
   Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: July 6, 2018  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Paul M. Smith*
   Anthony J. DeCristoforo
   Paul M. Smith
   Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

////

////

////

////

////

////

**ORDER**

Good cause appearing and pursuant to the stipulation of the parties under Civil Local Rule 144(a), IT IS SO ORDERED THAT Defendant shall have until July 13, 2018 to file its responsive pleading to Plaintiff's Complaint.

Dated: July 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

34746223.1