| | |
|---|---|
| 1 | ANTHONY J. DECRISTOFORO SBN 166171 |
| | anthony.decristoforo@ogletree.com |
| 2 | PAUL M. SMITH, SBN 306644 |
| | paul.smith@ogletree.com |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & |
| | STEWART, P.C. |
| 4 | Esquire Plaza |
| | 1215 K Street 17th Floor |
| 5 | Sacramento, CA  95814 |
| | Telephone:     916.840.3150 |
| 6 | Facsimile:      916.840.3159 |

Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUS POWE | Case No. 2:18-cv-01683-WBS-CKD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION** |
| v. | |
| DR PEPPER SNAPPLE GROUP, INC., and DOES 1-20 | Complaint Filed: April 2, 2018<br>Trial Date:        None Set.<br>Judge:              Hon. William B. Shubb |
| Defendant. | |

Plaintiff Marqus Powe ("Plaintiff") and Defendant Dr Pepper Snapple Group ("Defendant") do hereby agree and stipulate that this action be STAYED with respect to all claims, causes of action, and parties, pending completion of binding arbitration in accordance with the terms of parties' Mutual Arbitration Agreement ("Arbitration Agreement" or "Agreement"), as amended in the form described below:

1. Plaintiff shall submit a claim for arbitration to the American Arbitration Association;

2. Defendant shall cover all costs unique to arbitration, in accordance with the terms' of the parties' Arbitration Agreement;

3. Defendant shall also cover all costs associated with initiating the claim in binding arbitration;

////

1     Case No. 2:18-cv-01683-WBS-CKD
STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION

4. Before Plaintiff submits the claim to the American Arbitration Association, the parties will attempt to resolve this matter in private mediation, with the mediator's fee to be split evenly between the parties;

5. All proceedings in this Court shall be and are hereby stayed pending binding arbitration;

6. This Court shall retain jurisdiction over this action pending completion of the arbitration, including for purposes of confirming any potential arbitration award and to enter judgment, if any, as necessary.

**IT IS SO STIPULATED**.

DATED: July 13, 2018                    LAW OFFICES OF BOWMAN & ASSOCIATES

By: /s/ *Robert C. Bowman*
    Robert C. Bowman
    Attorney for Plaintiff MARQUS POWE

DATED: July 13, 2018                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Paul M. Smith*
    Anthony J. DeCristoforo
    Paul M. Smith
    Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: July 13, 2018                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Paul M. Smith*
    Anthony J. DeCristoforo
    Paul M. Smith
    Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

# ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED THAT:

1. The Stipulation of the parties to STAY this case pending binding arbitration is hereby GRANTED;

2. The Scheduling Conference set for December 3, 2018 is hereby vacated;

3. The matter is hereby STAYED pending binding arbitration;

4. This Court shall retain jurisdiction over this matter pending the parties' full and complete participation in binding arbitration, including the power to confirm any potential arbitration award and to enter any judgment, as necessary; and

5. The Clerk is directed to administratively close the file in this action.

Dated: July 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE