Robert C. Bowman, Jr., (SBN: 232388)
**LAW OFFICES OF BOWMAN & ASSOCIATES**
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
T: (916) 923-2800
F: (916) 923-2828
E: robert@bowmanandassoc.com

Attorney for Plaintiff
MARQUS POWE

ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor500 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone:    916.840.3150
Facsimile:    916.840.3159

Attorneys for Defendant DR PEPPER
SNAPPLE GROUP, INC.

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
3230 RAMOS CIRCLE
Sacramento, CA 95827

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARQUS POWE | Case No.: 2:18-cv-01683-WBS-CKD |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION AND REQUEST TO DISMISS WITH PREJUDICE** |
| v. | |
| DR. PEPPER SNAPPLE GROUP, INC. and DOES 1-20; | **Complaint Filed:** |
| Defendants | |

**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST KRATOS**

**DEFENSE SOLUTIONSDR PEPPER SNAPPLE GROUP, INC.**

TO THE HONORABLE WILLIAM B. SHUBB TO THE CLERK OF THE UNITED

STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO

ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Marques Powe (hereinafter "Powe" or "Plaintiff") and Defendant Dr, Pepper, Snapple Group INcInc. (hereinafter "Dr Pepper" or "Defendant") (the "Parties" collectively) have reached a confidential settlement of all claims.

Accordingly, IT IS HEREBY STIPULATED by and between the parties, by and through their counsel of record, that pursuant to Fed. R. Civ. Proc. 41(A)(1), that the above referenced action be, and is hereby, dismissed with prejudice, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

DATE:  11/145/18                                    **LLAW OFFICE OF BOWMAN & ASSOC.**

                                                    *A Professional Corporation*


                                                    By: __/s/_____
                                                        Robert C. Bowman, Jr.
                                                        Attorney for Plaintiff,
                                                        MARQUS POWE


DATE:  11/14/18                                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                    BY:  /S/_____.
                                                        Anthony J. DeCristoforo
                                                        Paul M. Smith
                                                        Attorneys for Defendant DR PEPPER SNAPPLE GROUP, INC.

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
3230 RAMOS CIRCLE
Sacramento, CA 95827

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, by and through their attorneys' to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1)

Dated: November 15, 2018

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: _____.

HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT COURT